

Military Park Building
60 Park Place, Suite 1000
Newark, New Jersey 07102
Phone: 973-693-4444
Fax: 973-693-4441
www.bmblawfirm.com

Brooke M. Barnett, Esq.

_____

August 2, 2023

**Via ECF**
Honorable John Michael Vazquez, U.S.M.J.
United States District Court
50 Walnut Street
Newark, NJ 07101

    Re: U.S. vs. Terence Shaw
      Mag. No.: 20-15278

Dear Judge Vasquez:

  Pursuant to the May 1, 2023 Scheduling Order, pretrial motions are due on August 4, 2023 (ECF 55). However, it appears this case is still in capital case review, and it is our understanding that this case will be assigned a new Judge once Your Honor departs the bench. The Parties are seeking an extension of the dates set in the scheduling order, and plan to request to conference this case once a new Judge is assigned to this case to set a new schedule. Both the State and Mr. Markell's counsel have consented to this request.

        Respectfully,
        BMB LAW FIRM

      /s/ Brooke Barnett

        BROOKE M. BARNETT

BMB/mm
cc: Desiree Grace, AUSA – Via ECF
   Thomas Ambrosio, Esq. – Via ECF
   Stephen Turano, Esq. – Via ECF